# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| LEE NEWSOME, <br>            Plaintiff, <br><br> -vs- <br><br> WISCONSIN CENTRAL LTD., <br> a corporation, <br>            Defendant. | ) <br> ) <br> ) <br> ) Case No. 2:13-cv-01379 <br> ) <br> ) Honorable Nancy Joseph <br> ) <br> ) |

## STIPULATION TO DISMISS

Plaintiff, Lee Newsome, and Defendant Wisconsin Central Ltd., as evidenced by the signatures of their respective counsel below, stipulate that all matters at issue between them have been fully settled and compromised and that this case should be dismissed with prejudice with each party to bear its own fees and costs.

Dated this 2nd day of March, 2016.

Respectfully submitted,

CHARLES A. COLLINS PA

By: /s/Charles A. Collins    2-26-16
    Charles A. Collins
    5033 Harriet Avenue South
    Minneapolis, MN 55419
    chazzcollins548@gmail.com

BREMSETH LAW FIRM PC

By: /s/Fredric A. Bremseth
    Fredric A. Bremseth
    601 Carlson Parkway, Suite 995
    Minnetonka, MN 55305
    Telephone: (952) 475-2800
    Facsimile: (952) 475-3879
    Email: FBremseth@Bremseth.com

INGEBRITSON & ASSOCIATES

By: /s/Russell A. Ingebritson
    Russell A. Ingebritson
    7141 Amundson Avenue
    Edina, MN 55439
    Telephone: (612) 340-8290
    Facsimile: (612) 342-2990
    Email: Russ@ingebritson.com

**Attorneys for Plaintiff Lee Newsome**

Respectfully submitted,

FLETCHER & SIPPEL LLC

By: /s/James D. Helenhouse
    James D. Helenhouse Wis. ID #1028169
    Elizabeth O. Bryant
    Fletcher & Sippel LLC
    29 North Wacker Drive, Suite 920
    Chicago, IL 60606-2832
    Telephone: (312) 252-1500
    jehelenhouse@fletcher-sippel.com

**Attorneys for Defendant**
**WISCONSIN CENTRAL LTD.**